# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**THELMA WILLIAMS**  **PLAINTIFF**
**ADC#93197**

v.  Case No. 4:21-cv-00983-KGB

**JACOB FRANKLIN**, *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Thelma Williams's complaint is dismissed without prejudice. The Court denies the requested relief.

So adjudged this 10th day of August, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge